IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-23362 CMB |
| Mary Lou Walsh, ) | Chapter 13 |
| *Debtor* ) | |
| ) | Related to Docket No. 51 |
| Ronda J. Winnecour, Trustee, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| Mary Lou Walsh, ) | |
| *Respondent* ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 23, 2023, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

WPAHS Inc.
Attn Payroll
30 Isabella St. #110
Pittsburgh, PA 15212

Mary Lou Walsh
31 Lawrence St.
Pittsburgh, PA 15209


**Served by CM/ECF:** Ronda J. Winnecour, Trustee


Date of Service: <u>August 23, 2023</u>         /s/ Kenneth Steidl
                                                Kenneth Steidl, Esquire
                                                Attorney for the Debtor
                                                STEIDL & STEINBERG
                                                2830 Gulf Tower - 707 Grant Street
                                                Pittsburgh, PA 15219
                                                (412) 391-8000 ken.steidl@steidl-steinberg.com
                                                PA I.D. No. 34965