**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MARY LOU WALSH | Case No.18-23362CMB |
| Debtor(s) | |
| Ronda J. Winnecour, Trustee | |
| Movant | Chapter 13 |
| vs. | |
| MARY LOU WALSH | |
| | Document No._____ |
| Respondents | |

| **ORDER TO STOP PAYROLL DEDUCTIONS** |
|---|

AND NOW, this _____22nd_____ day of _____August_____ , 20__23__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Wpahs Inc
Attn: Payroll Manager
30 Isabella St  #110
Pittsburgh,PA 15212

is hereby ordered to immediately terminate the attachment of the wages of MARY LOU WALSH, social security number XXX-XX-6832.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARY LOU WALSH.

cc: Debtor(s)

BY THE COURT:

_Carlota M. Böhm_
**dmk**

UNITED STATES BANKRUPTCY JUDGE

FILED
8/22/23 10:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-23362-CMB

Mary Lou Walsh                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                 User: auto                          Page 1 of 2
Date Rcvd: Aug 22, 2023              Form ID: pdf900                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

**Recip ID**              **Recipient Name and Address**
db                  +  Mary Lou Walsh, 31 Lawrence St., Pittsburgh, PA 15209-2057

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

**Name**                        **Email Address**

Brian Nicholas
                         on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

Christopher M. McMonagle
                         on behalf of Creditor RoundPoint Mortgage Servicing Corporation christopher.mcmonagle@bbs-law.com
                         bkecf@sterneisenberg.com

Jeffrey R. Hunt
                         on behalf of Creditor Borough of Millvale jhunt@grblaw.com

Kenneth Steidl
                         on behalf of Debtor Mary Lou Walsh julie.steidl@steidl-steinberg.com
                         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
                         eidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
                         on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com

jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mario J. Hanyon

on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Ryan Starks

on behalf of Creditor Freedom Mortgage Corporation Ryan.Starks@brockandscott.com  wbecf@brockandscott.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 10