**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | <u>MARY LOU WALSH</u> |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the: <u>Western</u> District of <u>Pennsylvania</u>

Case number <u>18-23362-CMB</u>

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| **Part 1:** | **Mortgage Information** | |
|---|---|---|

**Name of Creditor:** <u>Freedom Mortgage Corporation</u>       **Court claim no.** (if known): <u>3</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>5993</u>

**Property address:**   <u>31 LAWRENCE ST</u>
Number   Street
<u>Pittsburgh, PA 15209</u>
City       State     ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

| **Part 3:** | **Postpetition Mortgage Payment** |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: <u>10/01/2023</u>
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:                                    (a) $ _____

b.   Total fees, charges, expenses, escrow, and costs outstanding:       +(b) $ _____

c.   **Total**. Add lines a and b.                                                       (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:                           _____
MM/DD/YYYY

Debtor 1    MARY LOU WALSH                                    Case number *(if known)* 18-23362-CMB
      First      Middle      Last

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✖** /s/Mario Hanyon                                    Date  09/19/2023
      Signature

Print      Mario Hanyon                                    Title    Attorney
      First Name      Middle Name      Last Name

Company    Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    3825 Forrestgate Dr.
      Number      Street

      Winston-Salem, NC 27103
      City      State      ZIP Code

Contact phone    844-856-6646    Email PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>MARY LOU WALSH<br><br>Freedom Mortgage Corporation,<br>     Movant<br><br><br><br>vs.<br><br>MARY LOU WALSH ,<br>     Debtor<br>and<br><br>Ronda J Winnecour<br>     Respondent | Case No. 18-23362-CMB<br>Chapter 13<br><br><br>Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

     I certify under penalty of perjury that on this day, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

| | |
|---|---|
| Kenneth Steidl, Esq.<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>*Counsel for Debtor* | Ronda J Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>*Chapter 13 Trustee* |

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

Via First Class Mail:

Mary Lou Walsh
31 Lawrence St
Pittsburgh, PA 15209
*Debtor*

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: September 19, 2023

                    /s/Mario Hanyon
                    Andrew Spivack, PA Bar No. 84439
                    Matthew Fissel, PA Bar No. 314567
                    Mario Hanyon, PA Bar No. 203993
                    Ryan Starks, PA Bar No. 330002
                    Jay Jones, PA Bar No. 86657
                    Attorney for Creditor
                    BROCK & SCOTT, PLLC
                    3825 Forrestgate Drive
                    Winston Salem, NC 27103
                    Telephone: (844) 856-6646
                    Facsimile: (704) 369-0760
                    E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**