IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-23362 CMB |
|    Mary Lou Walsh | : | |
|       Debtor | : | |
| | : | Chapter 13 |
|    Mary Lou Walsh | : | |
|       Movant | : | |
| | : | |
|    v. | : | |
| | : | |
|    No Respondents | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 12, 2023, at docket numbers 58, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| 9/29/23 | /s/ Mary Lou Walsh |
| Date | Debtor |

Respectfully submitted,

| | |
|---|---|
| 10/4/23 | /s/ Kenneth Steidl |
| DATE | Kenneth Steidl, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 707 Grant Street |
| | Suite 2830, Gulf Tower |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | ken.steidl@steidl-steinberg.com |
| | PA I.D. No. 34965 |

**PAWB Local Form 24 (07/13)**