**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARY LOU WALSH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:18-23362 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/24/2018 and confirmed on 10/09/2018 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 173,995.80 |
| Less Refunds to Debtor | 5,272.60 | |
| TOTAL AMOUNT OF PLAN FUND | | 168,723.20 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,500.00 | |
|    Trustee Fee | 7,795.52 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,295.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORPORATION | 0.00 | 42,208.61 | 0.00 | 42,208.61 |
|   Acct: 5993 | | | | |
| FREEDOM MORTGAGE CORPORATION | 76.81 | 76.81 | 0.00 | 76.81 |
|   Acct: 5993 | | | | |
| BOROUGH OF MILLVALE (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: G189 | | | | |
| M & T BANK | 13,395.34 | 13,395.34 | 1,253.84 | 14,649.18 |
|   Acct: 6036 | | | | |
| | | | | 56,934.60 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MARY LOU WALSH | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MARY LOU WALSH | 2,636.30 | 2,636.30 | 0.00 | 0.00 |
|   Acct: | | | | |
| MARY LOU WALSH | 2,636.30 | 2,636.30 | 0.00 | 0.00 |
|   Acct: | | | | |

| 18-23362 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   DISCOVER BANK(*) | 11,443.77 | 9,839.57 | 0.00 | 9,839.57 |
|     Acct: 7359 | | | | |
|   US DEPARTMENT OF EDUCATION | 100,856.88 | 86,718.68 | 0.00 | 86,718.68 |
|     Acct: 6832 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 5,556.33 | 4,777.44 | 0.00 | 4,777.44 |
|     Acct: 3348 | | | | |
|   OMEGA FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4290 | | | | |
|   OMEGA FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M & T BANK | 82.47 | 70.91 | 0.00 | 70.91 |
|     Acct: 6036 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 100.58 | 86.48 | 0.00 | 86.48 |
|     Acct: 9367 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3348 | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER M MCMONAGLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 101,493.08 |
| **TOTAL PAID TO CREDITORS** | | | | 158,427.68 |

TOTAL CLAIMED
PRIORITY                 0.00
SECURED             13,472.15
UNSECURED          118.040.03

Date: 11/08/2023                                                                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com